**Opinion issued April 14, 2015**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-15-00287-CV

———————————

## IN RE JESSICA BACHELOR, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator, Jessica Bachelor, has filed a petition for writ of mandamus, challenging the trial court's orders abating the underlying proceeding and transferring it to Smith County, Texas "for consolidation into the case pending there in County Court at Law #2, Cause No. 14-2462-F."[1]

---

[1]     The underlying case is *In the Matter of the Marriage of Jessica Thao Mai Bachelor and Eric Charles Bachelor and in the Best Interest of E.J.M.B., a Child*, Cause No. 2014-

We deny the petition for writ of mandamus. We dismiss relator's motion for temporary relief as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Brown and Lloyd.

---

57427, in the 246th District Court of Harris County, Texas, the Honorable Charley Prine presiding.

2